UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                Case No. 25-30017
                                Originating No. 24CR264

**TERRENCE THOMPSON, JR.**

        Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **TERRENCE THOMPSON, JR.** to answer charges pending in another federal district, and states:

1. On **January 24, 2025**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Eastern District of Louisiana based on an Indictment**. **The defendant is charged in that district with violating 18 USC Sections 1708 and 1704 – Theft of Mail and Possession of Postal Service Mail Key.**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JULIE BECK
Acting United States Attorney


*s/ Ryan Particka*
RYAN PARTICKA
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: January 27, 2025